UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN WEBSTER, | No. 2:24-cv-1479 AC P |
| Plaintiff, | |
| v. | ORDER |
| FLETCHER, et al., | |
| Defendants. | |

Plaintiff is a former county inmate who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer.  On November 19, 2024, the court screened the complaint and found that plaintiff adequately stated an excessive force claim against defendant Patterson while his claims against defendant Fletcher were insufficient.  ECF No. 10.  Plaintiff was given the option of amending the complaint or proceeding immediately on his cognizable claims against defendant Patterson.  Id. at 3.  He was further advised that if he failed to notify the court how he wanted to proceed, the court would assume that he was choosing to proceed on the complaint as screened and recommend dismissal without prejudice of defendant Fletcher.  Id.  On January 2, 2025, after the time for plaintiff to notify the court how he wished to proceed had passed and after the court had issued findings and recommendations recommending dismissal of the claims against defendant Fletcher for the reasons stated in the screening order, ECF No. 12, the court received plaintiff's Notice of Election, notifying the court that plaintiff would like to proceed immediately

on his excessive force claims against defendant Patterson without amending the complaint, and voluntarily dismiss without prejudice his claims against defendant Fletcher.  ECF No. 13.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations at ECF No. 12 are withdrawn.
2. The Clerk of the Court shall construe plaintiff's Notice of Election (ECF No. 13) as a VOLUNTARY DISMISSAL of defendant Fletcher pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and update the docket accordingly.

DATED: January 8, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE