UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN WEBSTER,

Plaintiff,

v.

FLETCHER, et al.,

Defendants.

No. 2:24-cv-1479 AC

ORDER

Defendant Paterson, the sole remaining defendant in this case, has moved to dismiss. ECF No. 32. The situation is straightforward. On September 26, 2025, defendant filed a suggestion of death as to plaintiff Nathan Webster. ECF No. 28. Plaintiff apparently died in custody at the Shasta County Jail. Id. The suggestion of death was served on plaintiff's only living relative, Kathy Lynn Blue, and on the Shasta County Public Administrator. ECF Nos. 29, 20, 31. These appear to be the only potential successors in interest or representatives of the estate. See ECF No. 28. More than 90 days have passed since service of the notices of death, and no one claiming to be plaintiff's successor or representative has filed a motion for substitution. If such a motion is not made within 90 days of such service, dismissal of the decedent's action is mandatory. Fed. R. Civ. P. 25(a)(1).

////

////

Accordingly, defendant's Motion to Dismiss (ECF No. 32) is HEREBY GRANTED. The Clerk is directed to CLOSE the case.

DATED: August 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE